**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Humberto Daniel Ulloa    JOINT DEBTOR: Maria DeJesus Ulloa    CASE NO.:
Last Four Digits of SS# 1331    Last Four Digits of SS# 1013

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 166.67 for months 1 to 36 ;
B. $___ for months ___ to ___ ;
C. $___ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00 TOTAL PAID $2500.00 Balance Due $ 1000.00 Payable $166.67 / month (Months 1 to 6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: N/A

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| HSBC/Household Finance Corp. (#1778) | Debtors' Homestead at: 9262 SW 182nd, Palmetto Bay, FL 33157<br><br>Value of Property: $114,335.00<br><br>Value of Mortgagees' Interest in the Property: $114,335.00 | N/A | 0.00 | __ To __ | 0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507] N/A

Unsecured Creditors: Pay $166.67 /month (Months 7 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are current in their payments to HFC – USA Acct #2880, and the Miami-Dade County Tax Collector for the Homestead Property and shall continue to be paid directly and outside of the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Richard Adams, Esq.                     /s/ Richard Adams, Esq.
For Debtor: Humberto Daniel Ulloa      For Joint Debtor: Maria DeJesus Ulloa
Date: July 12, 2013                            Date July 12, 2013