

**ORDERED in the Southern District of Florida on March 13, 2014.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
__MIAMI__ DIVISION**

In re:                                         CASE NO.:13-26455
                                               Chapter 13
Humberto Ulloa AND
Maria De Jesus Ulloa,

      Debtor(s)
_____/

**ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION
AGREEMENT WITH HFC-USA**

This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve Loss Mitigation Agreement with __HFC-USA__ ("Lender").

☐    For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before  April 1, 2014  to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

### 

Debtor [or Debtor's attorney] shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).