UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

HUMBERTO DANIEL ULLOA
MARIA DE JESUS ULLOA,

Debtor(s).                              /

Case Number: 13-26455-BKC-AJC
Chapter 13

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | CitiBank, NA |
| **Claimant:** | 28 |
| **Reason:** | The Proof of Claim is filed after the claims bar date. |
| **Disposition:** | Sustain Objection and disallow claim. |

      **I CERTIFY** that a true and correct copy of this Objection to Claim was served upon Counsel for the Debtor(s) and the parties listed below on _6/27/17_.

                                                 NANCY K. NEIDICH, ESQUIRE
                                                 STANDING CHAPTER 13 TRUSTEE
                                                 P.O. BOX 279806
                                                 MIRAMAR, FL  33027-9806

                                                 By: /s/ _____
                                                 JOSE IGNACIO MICELI, ESQ.
                                                 FLORIDA BAR NO: 0077539

<u>COPIES FURNISHED TO:</u>

<u>BY U.S. FIRST CLASS MAIL</u>

CitiBank, NA
P.O. Box 6042
Sioux Falls, SD 57117-6042


VIA CERTIFIED MAIL:
CITIBANK N.A.
ATTN: MICHAEL CORBAT, CEO
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD 57104
CERTIFIED MAIL NUMBER:  7015 3010 0000 8643 3326